

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES MICHAEL MCCOY, Individually and in His Capacity as Trustee of AUBREY ROSE MCCOY and LEXI BREE MCCOY, | § § | No. 08-23-00119-CV |
| | | Appeal from |
| Appellant, | § | Probate Court No. 2 |
| v. | § | of Bexar County, Texas |
| AUBREY ROSE MCCOY AND LEXI BREE MCCOY, | § | (TC# 2005-PC-2368) |
| | § | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's grant of summary judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF AUGUST, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.